STATE OF NEW JERSEY v. ROBERT HOSTLER.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BANKS.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. PETER POTH.

June 19, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JAMES FITZMAURICE.

June 19, 1974. Petition for certification denied. (See 126 *N. J. Super.* 361).

JOSEPH THOMAS v. FRANKLIN CONTRACTING COMPANY.

June 19, 1974. Petition for certification denied.

STATE IN THE INTEREST OF G. L.

June 19, 1974. Petition for certification denied.